# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| AUSTIN KUZNIK, individually, and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>  v.<br><br>HOOTERS OF AMERICA, LLC, HOA RESTAURANT HOLDER, LLC,<br><br>    *Defendants*. | No. 1:20-cv-01255-JBM-JEH<br><br>Hon. Joe Billy McDade |

## DEFENDANTS' MOTION TO DISMISS OR STAY PLAINTIFF'S CLASS ACTION COMPLAINT

Defendants Hooters of America, LLC and HOA Restaurant Holder, LLC (collectively, "HOA") respectfully move this Court pursuant to Federal Rule of Civil Procedure 12, for an order dismissing Plaintiff's Class Action Complaint with prejudice and entering judgment in favor of HOA. Alternatively, HOA requests that the Court stay this suit pursuant to 9 U.S.C. § 3 pending individual non-class arbitration. A memorandum in support of this motion is being filed contemporaneously herewith.

Dated: August 14, 2020

            Respectfully submitted,

            HOOTERS OF AMERICA, LLC and
            HOA RESTAURANT HOLDER, LLC

            By: */s/ Erin Bolan Hines*
            Erin Bolan Hines (*ehines@shb.com*)
            Amy Y. Cho (*acho@shb.com*)
            SHOOK, HARDY & BACON L.L.P.
            111 South Wacker Drive, Suite 4700
            Chicago, IL 60606
            Tel: (312) 704-7700
            Fax: (312) 558-1195

            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I, Erin Bolan Hines, an attorney, hereby certify that on August 14, 2020, I caused a true and correct copy of the foregoing document to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's CM/ECF system. Parties may access this filing through the Court's system.

                                                      */s/ Erin Bolan Hines*

4813-4651-8471 v1