# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| AUSTIN KUZNIK, individually and on behalf of other employees similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:20-cv-01255-JBM-JEH |
| v. | ) ) | Hon. Joe Billy McDade |
| HOOTERS OF AMERICA, LLC, and HOA RESTAURANT HOLDER, LLC, | ) ) ) | |
| Defendants. | ) | |

## PARTIES' JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Austin Kuznik and Defendants Hooters of America, LLC and HOA Restaurant Holder, LLC, pursuant to a Settlement Agreement between the parties, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, the parties stipulate that each party will bear its own costs, expenses, and attorneys' fees, except as otherwise provided in the Settlement Agreement.

Dated: April 1, 2022

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ James X. Bormes | /s/ Erin Bolan Hines |
| One of Plaintiff's Attorneys | One of Defendants' Attorneys |
| | |
| James X. Bormes | Erin Bolan Hines |
| Catherine P. Sons | Amy Y. Cho |
| Law Office of James X. Bormes, P.C. | Kathleen M. Ryan |
| 8 South Michigan Avenue | Shook, Hardy & Bacon L.L.P. |
| Suite 2600 | 111 South Wacker Drive |
| Chicago, Illinois  60603 | Suite 4700 |
| (312) 201-0575 | Chicago, IL 60606 |
| jxbormes@bormeslaw.com | (312) 704-7700 |

| | |
|---|---|
| cpsons@bormeslaw.com | ehines@shb.com |
| | acho@shb.com |
| *Attorneys for Plaintiff* | kxryan@shb.com |
| | |
| | *Attorneys for Defendants* |

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 1, 2022, he caused the foregoing Stipulation to Dismiss to be filed via the CM/ECF system, which will send copies of such filing to all counsel of record.

/s/ James X. Bormes
One of Plaintiff's attorneys